UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHITRANGI BESBRODA,

                                  Plaintiff,

               -against-

QATAR AIRWAYS Q.C.S.C.,

                                Defendant.
------------------------------------------------------------------X

19-CV-10313 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of recent public health developments, the initial conference scheduled for Tuesday, April 7, 2020, at 3:00 p.m. will be conducted telephonically rather than in person. At that time, the parties should call (877) 402-9757 and enter access code 7938632. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 20, 2020
               New York, New York