```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHITRANGI BESBRODA,

                         **Plaintiff,**                    19-CV-10313 (PGG)(SN)

      -against-                                      <u>**ORDER**</u>

QATAR AIRWAYS Q.C.S.C.,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By the Court's Civil Case Management Plan entered April 20, 2020, the parties were to submit a joint letter informing the Court about the status of discovery by Monday, June 22, 2020. To date, the parties have not filed that status letter. Accordingly, the parties shall file a joint letter no later than July 6, 2020, addressing the status of discovery, including any outstanding disputes.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:      June 30, 2020
                 New York, New York